IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEN SPARKS,** | 2:06-cv-0334 MCE CMK P |
| Petitioner, | **ORDER GRANTING FIRST EXTENSION OF TIME** |
| v. | |
| **S. R. MOORE, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, it is ordered that Respondent shall have to and including December 1, 2006, to serve his responsive pleading to the Petition for a Writ of Habeas Corpus.

October 2, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

Order

1